The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country:  United States of America

   This public document

2. has been signed by:  Francia Monteiro

3. acting in the capacity of:  Notary Public

4. bears the seal/stamp of:  Francia Monteiro

   whose commission expires on:  May 11, 2029

Certified

5. at:  Boston, Massachusetts        6. the:  6 January, 2023

7. by:  the Secretary of the Commonwealth

8. No.:  2447568

9. Seal/stamp:                    Great Seal of the Commonwealth

10. Signature:

William Francis Galvin
Secretary of the Commonwealth

prepared by  NCorreia

## Notice of Right to Equitable Subrogation and Notice of Equitable Interest

I, Tonia Lorraine Gilstrap-Jones, a living woman, come now as surety/subrogee and declare that I would like to exercise my equitable right to subrogation. As such I have the right to redeem all the mortgage payments that were paid on behalf of the debtor. I make an equitable right of subrogation in the amount of $155,000 additionally I request the equitable interest of the property, located at 28 Eleanor Lane Rockland, Massachusetts, in the amount of $1,400,000.

Should any parties object to this, make your objection in writing under notary sworn statement by penalty of perjury within 10 days or forfeit all rights and/or claims.

This I declare and affirm under penalty of perjury under the public law of The United States of America that the aforementioned is true and correct.

Executed on: _4th_ of _January_ 2023

By: _[signature]_
By: Tonia-Lorraine:Gilstrap-Jones
Subrogee/ Authorized Representative for the Person

### Notary Witness and Acknowledgement

MASSACHUSETTS State
PLYMOUTH County

A living woman affirmed before me, a Recording Secretary/Notary, on this _4th_ day of _January_ 2023, that Tonia Lorraine Gilstrap-Jones, personally appeared and known to me to be the woman whose name is referenced within the instrument(s) and acknowledged to be the same.

_____ Public Notary;

my commission expires on: _May 11, 202[9]_

Francia Monteiro
My Commission Expires
May 11, 2029
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS

Notary Seal