The Commonwealth of Massachusetts

**William Francis Galvin**
Secretary of the Commonwealth

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America

   This public document

2. has been signed by: Francia Monteiro
3. acting in the capacity of: Notary Public
4. bears the seal/stamp of: Francia Monteiro

   whose commission expires on: May 11, 2029

Certified

5. at: Boston, Massachusetts          6. the: 6 January, 2023
7. by: the Secretary of the Commonwealth
8. No.: 2447567
9. Seal/stamp:          Great Seal of the Commonwealth

10. Signature:

    William Francis Galvin
    Secretary of the C...

prepared by: NCorreia

## Notice of Qualified Rescission

I, Tonia Lorraine Gilstrap-Jones, declare that all the previous contracts, endorsements and documents prior to the recorded Notice of Acceptance of Mortgage and Note, fraudulent and non consensual and my signatures be rescinded from all.

I had offered Paid In Full documents, in reference to 28 Eleanor Lane, Rockland, Massachusetts to my attorney at the time when we were filing a Chapter 13 Bankruptcy, to provide as a means to resolve the case as it appeared to be the receipt of payment for the mortgage/note in question. He informed me that they were not necessary and of no use to me, so I disregarded the documents. I was misled as I have now come to know they are valid and should have had them recorded upon receipt in 2001.

This I declare and affirm under penalty of perjury under the public law of The United States of America that the aforementioned is true and correct.

Executed on: 4th of January 2023

By: _____
by: Tonia-Lorraine: Gilstrap-Jones©
Sui Juris In propria persona Without Prejudice UCC 1-308

### Notary Witness and Acknowledgement

MASSACHUSETTS State
PLYMOUTH County

A living woman affirmed before me, a Recording Secretary/Notary, on this 4th day of January, 2023, that Tonia Lorraine Gilstrap-Jones, personally appeared and known to me to be the woman whose name is referenced within the instrument(s) and acknowledged to be the same.

 _____ Public Notary;
my commission expires on: May 11, 2029

