# Notice of Status

I, the living woman, Tonia-Lorraine: Gilstrap-Jones, affirm and declare that I have returned to my lawful birthright status as a Massachusettsian living in and as a National of Massachusetts state Republic.

I claim my status as stated in: **Code 8 USC 1101 definitions 21** The term "national" means a person owing permanent allegiance to a state.; **and 22 (b)** The term "national of the United States" means a person who, though not a citizen of the United States, owes permanent allegiance to the United States. I'm writing this per **8 U.S. Code § 1452 (b)** A person who claims to be a national, but not a citizen, of the United States may apply to the Secretary of State for a certificate of non-citizen national status. Upon—
**(1)** proof to the satisfaction of the Secretary of State that the applicant is a national, but not a citizen, of the United States. I was born in the Massachusetts Republic one of the states of the United States of America.

According to UCC § 9-307. LOCATION OF DEBTOR.
**(h) [Location of United States.]**
The United States is located in the District of Columbia.
I was not born nor do I reside in the Disctrict of Columbia and since that being so I cannot make any claim of residency or citizenship to the District of Columbia.

Also according to **28 U.S. Code § 3002 - Definitions**
**(15)**"United States" means—
**(A)** a Federal corporation;
**(B)** an agency, department, commission, board, or other entity of the United States; or
**(C)** an instrumentality of the United States.

I, the living woman, Tonia-Lorraine: Gilstrap-Jones, being duly sworn, under the penalty of perjury of the laws of the United States of America hereby declare my intention and desire as a National, with God given Constitutionally protected Rights and not a "citizen of the United States", under the scope and purview of the 14th Amendment.

Amendment XIV
Section 1.
All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

**Black Laws 4th Edition Definition of person: Corporations are "Persons" as that word is used in the first clause of the XIV Amendment; Covington & L. Turnp. Co v. Sandford, 17 S.Ct. 198, 164 U.S. 578, 41 L.Ed. 560**

As this evidence shows that the 14th Amendment pertains to corporations. I do not fall under the jurisdiction or definition of these as I am a living woman and not a creation of the United States Federal Corporation. I am a citizen of Massachusetts a foreign state to the United States Corporation and the District of Columbia and the original state citizen as written in the Constitution.

Based on the above evidence I Tonia-Lorraine: Gilstrap-Jones am A State national of Massachusetts not a 14th Amendment citizen (corporation) and a non-resident alien to The United States Corporation that is located in the District of Columbia.

This I declare and affirm under penalty of perjury under the public law of The United States of America that the aforementioned is true and correct.

Executed on: 22nd of December 2022

By: Tonia-Lorraine: Gilstrap-Jones
by: Tonia-Lorraine: Gilstrap-Jones©
Sui Juris In propia persona Without Prejudice UCC 1-308

## Notary Witness and Acknowledgement

MASSACHUSETTS State
PLYMOUTH County

Today before me, a Commissioned Notary, is the living woman known to me to be Tonia Lorraine Gilstrap-Jones and she did issue this Affidavit of Status as shown and she also affirmed her testimony as shown before me this 23 day of DEC in the year 2022, in Witness whereof I set my Signature and Seal:

_____ Public Notary;
my commission expires on: March 9, 2029

Notary Seal 

## Fee Schedule

### LAWFUL, LEGAL NOTICE

### Notice to the principal is notice to the agent
### Notice to the agent is notice to the principal

**This lawful, legal notice is on file with the Attorney General of your state.**

| Prohibited Action(s)/Violations | Associated Fees |
|---|---|
| a. Violations of title **18 USC section 242** deprivation of rights under color of law | $150,000.00 Per Occurrence |
| b. Violation of title **18 USC section 241** conspiracy against rights | $150,000.00 Per Occurrence |
| c. Reversing Provisional Credit | $50,000 Per Occurrence |
| d. Closing an account without agreement from consumer | $1,000,000.00 Per Account |
| e. Refusing that a coupon slip/payment slip/remittance slip is not a negotiable instrument | $10,000.00 Per Occurrence |
| f. Violation of any USC resulting in loss, harm or injury | $ to be determined by injured party |
| g. Violation of international law resulting in loss, harm or injury | $ to be determined by injured party |
| h. Violation of any UCC resulting in loss, harm or injury | $ to be determined by injured party |
| i. Violation of title 12 USC Section 411 | $100,000.00 Per Occurrence |
| j. Rejecting coupon slip/payment slip/remittance slip which is adherent to UCC 3-104 | $100,000.00 Per Incident |
| k. Refusal to discharge the debt which is a violation of UCC 3-603 | $100,000.00 + Debt Amount |
| l. Any form letter sent back to consumer | $250,000.00 Per Occurrence |
| m. Any letter sent in that does not have a wet ink signature written by person who works for the company | $50,000.00 Per Occurrence |
| n. Damage to personal property (real, personal, intellectual, biological or negotiable) | 5X item value + $30,000.00 Per Item |
| o. Making claims to personal property (real, personal, intellectual, biological or negotiable) | 5X item value + $30,000.00 Per Item |
| p. Violation of title 18 USC Section 8 | $25,000.00 Per Occurrence |
| q. Not sending back coupon slip/payment slip/remittance slip in order to correct it for acceptance (when applicable) | $50,000.00 Per Occurrence |
| r. Sending back coupon slip/payment slip/remittance slip when it is in agreement with UCC 3-104 | $100,000.00 Per Occurrence |
| s. Violation of UCC 3-502 putting Company in dishonor | $50,000.00 Per Occurrence |
| t. Breach of fiduciary duty UCC 3-307 | $100,000.00 Per Occurrence |
| u. Every day where the debt has not been discharged from day coupon slip/payment slip/remittance slip was received (3 day grace period) | $1,000.00 Per Day |

This is a self-executing contract. The Commission of any PROHIBITED ACTION or knowingly failing to act to prevent the commission of any PROHIBITED ACTION represents agreement to the terms and fees of this document in its entirety, All Person(s), Principal(s), Agent(s), Foundation(s), Association(s), Member(s) and entity(s) committing, conspiring to commit or failing to act to prevent the commission of one or more PROHIBITED ACTIONS, do accept, and agree to pay the ASSOCIATED FEE(s) for commission of such PROHIBITED ACTION(s), FEES are collectable immediately upon demand through payment in lawful money**, lien, levy, garnishment, servitude and seizure, The FEES, damages and value(s) are set at the best appropriate value in the sole determination of the author / presenter / server of this document, The author / presenter / server of this document reserves the right to waive or modify fee amount(s) at anytime without notice, This document is NOT negotiable nor rebuttable, the only way to avoid immediate execution of this document is to NOT violate, permit violation or conspire to violate any part of it.

If invoiced, payment is due 15 days after receipt date.

Make all payments to:
Tonia Lorraine Gilstrap-Jones
c/o 28 Eleanor Lane
Rockland, MASSACHUSETTS [02370]

Date: 12/23/2022       Author/ presenter/ sever mark:
By: Tonia-Lorraine: Gilstrap Jones, Beneficiary
Tonia Lorraine Gilstrap-Jones - sui juris, without prejudice, UCC 1-308

Witness and Acknowledgement

MASSACHUSETTS State
PLYMOUTH COUNTY ss (Town/City) Rockland

A living woman affirmed before me, a Recording Secretary/Notary, on this 03rd day of DEC, 2022, that Tonia Lorraine Gilstrap-Jones, personally appeared and known to me to be the woman whose name is referenced within the instrument and acknowledged to be the same.

Notary Public: _____
My Notary Commission expires: March 9, 2029

[Notary Seal: Juliana Smith, Commission Expires March 9, 2029, Notary Public, Commonwealth of Massachusetts]