**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

                              CIVIL ACTION NO. <u>1:23-mc-91130-ADB</u>

In Re: Tonia Lorraine Gilstrap-Jones

### **<u>ORDER OF DISMISSAL</u>**

<u>Burroughs, D. J.</u>

      In accordance with the Court's Order entered February 21, 2023 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                        By the Court,

<u>2/21/2023</u>                                       <u>/s/ Caetlin McManus</u>
  Date                                            Deputy Clerk