Caetlin McManus-Deputy Clerk  
United States District Court  
Office Of The Clerk  
United States Courthouse  
1 Courthouse Way, Suite 2300  
Boston, MA 02210

March 17, 2023

Registered Mail #: RE 943 523 477 US

RE: Case #: 1:23-mc-91130-ADB

## Motion To Strike Order Of Dismissal

I Tonia Lorraine Gilstrap-Jones on February 17, 2023 opened a case for miscellaneous filings which consisted of five notices/documents three which were Authenticated by the Secretary Of State of Massachusetts and all five notices/documents were certified by the U.S District Court of Massachusetts. Upon completion of miscellaneous filing the case all notices were reflected in the Pacer system. It was my intent with the filing(s) to preserve and protect all my other real property as it is my right and the law, see attached, to do so.

This was my first time in opening a case for miscellaneous filing as it was the clerk supervisor that assisted me, we were both learning together. Unfortunately, the person who was charged to do so failed to answer any correspondence for guidance by the clerk supervisor assisting me. Thankfully with patience we were able to open the case. I wasn't asked to fill out any application or paperwork to open the case, I only provided the notices/documents to be filed with instruction to have them certified. If there were any errors of omission, something that needed to be filled out or additional information provided, I ask that it be applied, corrected and submitted upon my behalf to complete filing. As stated the intent of the filings are to preserve and protect all my other real property. Equity follows the law and according to the law you should be filing them, in my case reinstating. I come in honor and clean hands with pure intent to file notices on miscellaneous filings/record. As it is written in 2 Timothy 3:16 we should come into righteousness to protect all that is given.

In Summation my petition is to:

- ❖ Reinstate Case # 1:23-mc-91130-ADB and all notices within 72 hours of receipt of this Motion To Strike Order Of Dismissal.
- ❖ Any amendments, notices, documents, affidavits present and in the future be coded and filed, by instruction provided, upon presentation for miscellaneous filing.
- ❖ All aforementioned notices, documents, amendments, affidavits present and in the future be reflected in the Pacer system.

By: Tonia-Lorraine: Gilstrap-Jones, Beneficiary

Enc.

# FILE ON DEMAND UNDER PENALTY OF LAW

TO: Caetlin McManus Deputy Clerk;

RE: Case #: 1:23-mc-91130-ADB

"*Clerk is to file*" the attached prima facie documents, without judgment, under penalty of law via 18 USC §2076.[1] If a judge or other officer of the court intimidates, threatens, or corruptly persuades clerk to conceal, remove, mutilate, obliterate, or destroy these prima facie documents in violation of 18 USC §1512[2] the clerk thereby enters into a conspiracy and will be punished under the full extent of the law.

**18 USC § 2071** Concealment, removal, or mutilation generally (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States…

**§175.25** A person is guilty of tampering with public records in the first degree when, knowing that (s)he does not have the authority of anyone entitled to grant it, and with intent to defraud, (s)he knowingly removes, mutilates, destroys, conceals, makes a false entry in or falsely alters any record or other written instrument filed with, deposited in, or otherwise constituting a record of a public office or public servant. Tampering with public records in the first degree is a class D felony.

**§175.05** Falsifying public records in the second degree is a class A misdemeanor. A person is guilty of falsifying public records in the second degree when, with intent to defraud, he: Makes or causes a false entry in the public records; or alters, erases, obliterates, deletes, removes or destroys a true entry in the public records; or Omits to make a true entry in the public records in violation of a duty to do so which he knows to be imposed upon him by law or by the nature of his position; or Prevents the making of a true entry or causes the omission thereof in the public records.

**§175.20** Tampering with public records in the second degree. A person is guilty of tampering with public records in the second degree when, knowing that he does not have the authority of anyone entitled to grant it, he knowingly removes, mutilates, destroys, conceals, makes a false entry in or falsely alters any record or other written instrument filed with, deposited in, or otherwise constituting a record of a public office or public servant. Tampering with public records in the second degree is a Class A misdemeanor.

---

[1] **18 USC §2076** Clerk is to file. Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

[2] **18 USC §1512** (b) Whoever [Judges] knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; … shall be fined under this title or imprisoned not more than 20 years, or both. (3) … (c) Whoever corruptly-(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.